IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRANDY MILLER, JONATHAN VARGAS PEDROZA, JESUS AMADO VARGAS CORRALES, JOSE GONZALEZ-PEREZ, and PHILIP D. AUSHERMAN,<br><br>    Defendants. | 8:24CR195<br><br>ORDER |

  This matter is before the court on the defendant, Jesus Amado Vargas Corrales' unopposed Motion to Extend Trial Date [99]. The motion states that the government and all co-defendants do not object to a continuance. For the reasons stated in the motion, the undersigned magistrate judge finds good cause to grant the requested continuance. Accordingly,

  **IT IS ORDERED** that the Motion to Extend Trial Date [99] is granted, as follows:

1. The jury trial, **for all defendants**, now set for July 15, 2025, is continued to **August 19, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 19, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

  **DATED: June 18, 2025.**

                BY THE COURT:

                s/ Michael D. Nelson
                **United States Magistrate Judge**