IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>   vs.<br><br>BRANDY MILLER, JONATHAN VARGAS PEDROZA, JOSE GONZALEZ-PEREZ, and PHILIP D. AUSHERMAN,<br><br>                Defendants. | 8:24CR195<br><br>ORDER |

      This matter is before the court on the defendant, Brandy Miller's Unopposed Motion for Status Conference [112]; the defendant, Jonathan Vargas Pedroza's Unopposed Motion to Continue Trial [113]; and the defendant, Jose Gonzalez-Perez's Unopposed Motion to Continue Trial and for Status Conference [114]. The motion at filing [113] states that the government and all co-defendants do not object to a continuance. The court finds good cause to grant the unopposed continuance of trial. Accordingly,

      **IT IS ORDERED** that the Unopposed Motion to Continue Trial [113] is granted, as follows:

1. The jury trial, **for all defendants**, now set for August 19, 2025, is continued to **November 18, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 18, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The Unopposed Motion for Status Conference [112] and the Unopposed Motion to Continue Trial and for Status Conference [114] are granted. A status conference by telephone with counsel for all defendants and the government will be set before the undersigned magistrate judge by separate order.

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

      **DATED: August 7, 2025.**

                                                                       **BY THE COURT:**
                                                                       **s/ Michael D. Nelson**
                                                                       **United States Magistrate Judge**