## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR195 |
| | ) | |
| vs. | ) | |
| | ) | |
| JONATHAN VARGAS PEDROZA, | ) | ORDER |
| JOSE GONZALEZ-PEREZ, | ) | |
| VICTOR R. RAMOS, PHILIP D. | ) | |
| AUSHERMAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant, Victor R. Ramo's unopposed Motion to Continue Trial [204]. For the reasons set forth in the motion, and for good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue Trial [204] is granted, as follows:

1. The jury trial, **as to Jonathan Vargas Pedroza, Jose Gonzalez-Perez, Victor R. Ramos, Philip D. Ausherman**, now set for March 17, 2026, is continued to **April 21, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 21, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: February 25, 2026.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**