IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| | **8:24-CR-195** |
| vs. | |
| | |
| JOSE GONZALEZ-PEREZ, VICTOR R. RAMOS, and PHILIP D. AUSHERMAN, | **ORDER TO SHOW CAUSE** |
| Defendants. | |

On April 9, 2026, the Court entered its Final Trial Order in this case as to defendants Jose Gonzalez-Perez, Victor R. Ramos, and Philip D. Ausherman. Filing 211. The Final Trial Order required counsel for the Government to file a trial brief, witness list, exhibit list, and proposed jury instructions and verdict forms at least seven (7) days before the jury trial set for April 20, 2026. Filing 211 at 1–2. The Final Trial Order also required counsel for the Government to email a copy of its proposed jury instructions, verdict forms, witness list, and exhibit list as attachments in Word format to the Court's chambers email address. Filing 211 at 2.

On April 13, 2026, counsel for the Government filed a trial brief, witness list, exhibit list, proposed jury instructions, and a verdict form only as to defendant Philip D. Ausherman. *See* Filing 214; Filing 215; Filing 216; Filing 217; Filing 218. None of the Government's documents addressed defendants Jose Gonzalez-Perez or Victor R. Ramos, who are both set for trial on April 20, 2026. Filing 211. Neither Gonzalez-Perez nor Ramos has entered a guilty plea in this matter, and neither defendant is even set for a change of plea hearing at this point. On the day the Final Trial Order was filed, counsel for all parties received an email reminding them that trial was set for Gonzalez-Perez,

1

Ramos, and Ausherman. Pursuant to the Court's Final Trial Order, counsel for the Government was required to file documents as to all of the defendants set for trial. Counsel for the Government was also required to email certain trial documents to the Court's chambers email. Counsel for the Government has not done so. The Assistant United States Attorneys in this district have been aware for years that the undersigned judge makes no exceptions to the Government's required filings based on contentions that other defendants are expected to plead guilty before trial and thus can be excluded from the filings. The plea must be done or the Government must submit documents for all defendants who have not pleaded guilty as of the date the documents are due. The Court also notes that all parties have received no less than four emails from the Courtroom Deputy noting the need to get any plea done. Those emails seem to have been ignored or minimized. The Court will order counsel for the Government to show cause why he failed to comply with the Final Trial Order. Counsel must show cause in a document filed on the docket by 5:00 p.m. today, April 14, 2026. Failure to show cause may result in sanctions against counsel for the Government.

Defendants Gonzalez-Perez, Ramos, and Ausherman will go to trial on April 20, 2026, as scheduled. If any defendant wishes to change his plea to guilty, he must do so before the undersigned judge by 5:00 p.m. on Wednesday, April 15, 2026, or the defendant will not be eligible for the third level of acceptance of responsibility under the United States Sentencing Guidelines. Given the lateness of a guilty plea, the undersigned judge will take any pleas of these defendants.

Dated this 14th day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge